# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter. Susan P. | Wesyern District of Pa | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge/FT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row. Room A280
Erie. Pa. 16501

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Evelyn Lincoln Institute for Ethics and Society of Mercyhurst College. Erie. Pa. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/2011 | SALE OF SINGLE FAMILY HOME | $185,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Salary and Bonus- Dermatology Associates of Erie |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank. Erie. Pa | A | Int./Div. | L | T | | | | | |
| 2. ALLIANCE GROWTH FUND CLASS B | A | Dividend | J | T | | | | | |
| 3. PNC BANK RETIREMENT ACCOUNT (SPOUSE) | G | Int./Div. | O | T | | | | | |
| 4. MORGAN STANLEY IRA | | | | | | | | | |
| 5. AIM EQUITY INC CHARTERED FUND | A | Dividend | J | T | | | | | |
| 6. AMERICAN FUNDS WASHINGTON MUTUAL INVESTORS FUND | A | Dividend | K | T | | | | | |
| 7. AMERICAN FUNDS NEW PERSPECTIVE FUND | A | Dividend | J | T | | | | | |
| 8. AMERICAN SMALLCAP WORLD FUND | A | Dividend | J | T | | | | | |
| 9. NAVY FEDERAL CREDIT UNION SAVING ACCOUNT | A | Dividend | J | T | | | | | |
| 10. PNC BANK CD | A | Interest | J | T | | | | | |
| 11. PENNSYLVANIA TUITION ACCOUNT PROGRAM | | None | L | U | | | | | |
| 12. MEDICAL OFFICE BUILDING ERIE. PA | A | Rent | K | W | | | | | |
| 13. MEDICAL OFFICE BUILDING ANNEX ERIE. PA | A | Rent | K | W | | | | | |
| 14. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |
| 15. PNC BANK BROKERAGE ACCOUNT; | | | | | | | | | |
| 16. JP MORGAN EMERGING MARKETS EQUITY FUND | A | Dividend | J | T | Buy | 03/16/11 | J | | |
| 17. T. ROWE PRICE MID CAP VALUE | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FEDERATED KAUFMAN SMALL CAP FUND | A | Dividend | J | T | | | | | |
| 19. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | A | Dividend | K | T | Buy | 05/11/11 | J | | |
| 20. AMERICAN FUNDS GROWTH FUND | A | Dividend | J | T | | | | | |
| 21. AMERICAN FUNDS EURO PACIFIC FUND | A | Dividend | J | T | | | | | |
| 22. FRANKLIN SMALL CAP VALUE | A | Dividend | J | T | | | | | |
| 23. EATON VANCE MULTI-CAP GROWTH | A | Dividend | J | T | | | | | |
| 24. BLACKROCK INTERNATIONAL OPPORTUNITIES PORTFOLIOP | A | Dividend | J | T | | | | | |
| 25. DEPENDENT ACCOUNTS: UBS FINANCIAL ERIE PA | | | | | | | | | |
| 26. UBS FINANCIAL ERIE PA | A | Int./Div. | L | T | | 11/01/11 | L | | |
| 27. UBS FINANCIAL ERIE PA | A | Int./Div. | L | T | | 11/01/11 | L | | |
| 28. Single Family Home | A | None | M | T | Sold | 03/01/11 | M | D | |
| 29. AllianceBernstein Growth Fund | A | Distribution | | | Sold | 03/17/11 | J | A | |
| 30. AllianceBernstein Bond Fund | A | Distribution | | | Sold | 03/18/11 | J | A | |
| 31. Oppenheimer Main Street Growth Fund | A | Distribution | | | Sold | 03/17/11 | J | A | |
| 32. Oppenheimer Total return Fund | A | Distribution | | | Sold | 03/17/11 | J | A | |
| 33. Van Kampen Equity and Income | A | Distribution | | | Sold | 03/17/11 | J | A | |
| 34. Investment Company of America | A | Distribution | | | Sold | 03/18/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Niagara Band | B | Interest | | | Closed | 11/02/11 | K | A | |
| 36. Citizens Bank | B | Interest | | | Closed | 11/02/11 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the July 11, 2012 letter from the Judical Conference, it was indicated that the the 2010 report listed a "single family home " as investment income. In fact, the 2011 report only lists this as an asset with income as "NONE". This property was purchased ▓▓▓▓▓▓▓▓▓ by Judge Baxter and was never rented out/ no income ever produced. This asset was subsequently sold in 2011, which is detailed in Section III
This sale has also been listed in Section VII

The July 11 letter references the "PA Tuition Assistance Program" and indicates the report does not list individual assets. This program does not purchase individual assets but purchases individual credits. As such, there are no holdings to report , ony the value of the credits purchased.

3) The July 11 letter identifies certain assets acquired during 2011. The information required is now available in Section VII. There is no gain as these assets are still owned.

4) The July 11 letter identifies assets listed in the 2010 report which were initially omitted from the 2011 report. This has been recttified as these items are now included in Section VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 05/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544